| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Majzoub, Mona K. | 2. Court or Organization<br><br>MI; Eastern District | 3. Date of Report<br><br>02/08/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge; full-time | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>01/05/2020 |
| 7. Chambers or Office Address<br><br>231 W. Lafayette Blvd, Rm 704<br>Detroit, MI 48226 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Line 1 - Trust #1 (Brokerage 1) - Postions listed in Part VII, starting on Line 2 |
| 2. | Trustee | Line 179 - Trust #6 - Checking (PNC Bank) - No reportable assets - See Part VIII. |
| 3. | Trustee | Line 180 - Trust #3 - Checking (PNC Bank) - No reportable assets - See Part VIII |
| 4. | Trustee | Line 245 - Trust #2 (Brokerage 1) - Positions listed in Part VII starting on line 246 |
| 5. | Trustee | Line 307- Trust #1-2 (Fidelity) - No reportable assets - See Part VIII |
| 6. | Trustee | Line 308 - Trust #3 (Brokerage 1) - No reportable assets - See Part VIII |
| 7. | Trustee | Line 309 - Trust #6-1 - Checking (PNC Bank) - No reportable assets - See Part VIII |
| 8. | Trustee | Line 311 - Trust #3 - Checking #2 (Bank) - No reportable assets - See Part VIII |
| 9. | Trustee | Line 312 - Trust #2 (Fidelity) - No reportable assets - See Part VIII |
| 10. | | |
| 11. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Kitch, Drutchas - Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (Brokerage 1) (H) | | | | | | | | | |
| 2. -Fidelity MSCI Indl Index ETF (FIDU) | A | Int./Div. | | | Sold | 08/16/19 | K | | |
| 3. -Global X Fds MLP & Energy Infrastructure ETF (MLPX) | B | Int./Div. | K | T | | | | | |
| 4. -IShares Select Dividend ETF (DVY) | B | Int./Div. | K | T | | | | | |
| 5. -IShares Russell Mid-Cap Value ETF (IWS) | A | Int./Div. | K | T | | | | | |
| 6. -IShares Russell Midcap Growth ETF (IWP) | A | Int./Div. | L | T | | | | | |
| 7. -IShares Tr EAFE Grwth ETF (EFG) | A | Int./Div. | K | T | | | | | |
| 8. -IShares Tr Core MSCI Total (IXUS) | C | Int./Div. | M | T | | | | | |
| 9. -Spdr Ser Tr S&P Biotech ETF (XBI) | A | Int./Div. | K | T | | | | | |
| 10. -Spdr S&P Midcap 400 Trust Series N ETF (MDY) | B | Int./Div. | M | T | | | | | |
| 11. -Select Sector Spdr Tr Shs Ben Int Materials (XLB) | A | Int./Div. | K | T | | | | | |
| 12. -Select Sector Spdr Tr Energy (XLE) | B | Int./Div. | K | T | | | | | |
| 13. -Sector Spdr Tr Shs Ben Int Utilities (XLU) | A | Int./Div. | K | T | | | | | |
| 14. -Vanguard FTSE Developed Markets ETF (VEA) | A | Int./Div. | J | T | Sold (part) | 01/31/19 | K | B | |
| 15. -Vanguard World Fds Vanguard Information Tech ETF (VGT) | A | Int./Div. | L | T | | | | | |
| 16. -Vanguard World Fds Comm Srvc ETF (VOX) | A | Int./Div. | K | T | Buy | 01/31/19 | K | | |
| 17. -Vanguard Index Fds Vanguard Total Stk Mkt ETF (VTI) | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2019 HY (BSJJ) | C | Int./Div. | | | Buy (add'l) | 01/11/19 | J | | |
| 19. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 20. | | | | | Matured | 12/18/19 | M | | |
| 21. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2020 HY (BSJK) | C | Int./Div. | M | T | Buy (add'l) | 01/11/19 | J | | |
| 22. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2021 HY (BSJL) | D | Int./Div. | M | T | Buy (add'l) | 01/11/19 | J | | |
| 23. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2022 HY (BSJM) | C | Int./Div. | M | T | Buy (add'l) | 08/07/19 | K | | |
| 24. -IShares Tr JP Mor Em Mk ETF (EMB) | C | Int./Div. | M | T | Buy (add'l) | 01/11/19 | J | | |
| 25. -IShares Ibonds Sep 2019 Term Muni Bond ETF (IBMH) | B | Int./Div. | | | Buy (add'l) | 01/11/19 | J | | |
| 26. | | | | | Matured | 09/09/19 | N | | |
| 27. -IShares Ibonds Sep 2020 Term Muni Bond ETF (IBMI) | C | Int./Div. | N | T | Buy (add'l) | 01/11/19 | J | | |
| 28. -IShares Tr Ibonds Dec 2023 (IBML) | D | Int./Div. | N | T | Buy (add'l) | 01/11/19 | J | | |
| 29. -IShares Ibonds Dec 2022 Term Muni Bond ETF (IBMK) | C | Int./Div. | N | T | Buy (add'l) | 01/11/19 | J | | |
| 30. -IShares Ibonds Dec 2021 Term Muni Bond ETF (IBMJ) | C | Int./Div. | N | T | Buy (add'l) | 01/11/19 | J | | |
| 31. -Select Sector Spdr Tr Rl Est Sel Sec (XLRE) | A | Int./Div. | K | T | Buy | 01/02/19 | K | | |
| 32. -Vanguard Real Estate ETF (VNQ) | | | | | Sold | 01/02/19 | K | | |
| 33. -AT&T Inc (T) | B | Int./Div. | K | T | | | | | |
| 34. -Abbott Laboratories (ABT) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Abbvie Inc Com (ABBV) | B | Int./Div. | K | T | | | | | |
| 36. -Alibaba Group Hldg Ltd Sponsored ADS (BABA) | | None | K | T | | | | | |
| 37. -Amazon.com Inc (AMZN) | | None | K | T | | | | | |
| 38. -Apple Inc (AAPL) | A | Int./Div. | L | T | | | | | |
| 39. -Blackrock Inc (BLK) | A | Int./Div. | K | T | | | | | |
| 40. -Comerica Inc (CMA) | B | Int./Div. | K | T | | | | | |
| 41. -Costco Wholesale Corp (COST) | A | Int./Div. | K | T | | | | | |
| 42. -Dover Corp (DOV) | A | Int./Div. | K | T | | | | | |
| 43. -Honeywell International Inc (HON) | A | Int./Div. | K | T | | | | | |
| 44. -Intel Corp (INTC) | A | Int./Div. | K | T | | | | | |
| 45. -JPMorgan Chase & Co (JPM) | A | Int./Div. | K | T | | | | | |
| 46. -Johnson & Johnson (JNJ) | A | Int./Div. | K | T | | | | | |
| 47. -Microsoft Corp (MSFT) | B | Int./Div. | L | T | | | | | |
| 48. -Nextera Energy Inc (NEE) | A | Int./Div. | K | T | | | | | |
| 49. -Norfolk Southern Corp (NSC) | A | Int./Div. | K | T | | | | | |
| 50. -Pepsico Incorporated (PEP) | A | Int./Div. | K | T | | | | | |
| 51. -Proctor & Gamble Co (PG) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Qualcomm Inc (QCOM) | B | Int./Div. | K | T | | | | | |
| 53. -Royal Dutch Shell PLC ADR B (RDSB) | B | Int./Div. | K | T | | | | | |
| 54. -Smith A O Corp (AOS) | A | Int./Div. | K | T | | | | | |
| 55. -Stryker Corp (SYK) | A | Int./Div. | K | T | | | | | |
| 56. -Sysco Corporation (SYY) | A | Int./Div. | K | T | | | | | |
| 57. -US Bancorp New (USB) | A | Int./Div. | K | T | | | | | |
| 58. -Verizon Communications Com (VZ) | A | Int./Div. | K | T | | | | | |
| 59. -Visa Inc Com Cl A Exec on Mult Exchg (V) | A | Int./Div. | K | T | Buy | 08/16/19 | K | | |
| 60. -Wal-Mart Stores Inc (WMT) | A | Int./Div. | K | T | | | | | |
| 61. -Fidelity MMKT Premium Class (FZDXX) | B | Int./Div. | | | Buy | 09/11/19 | N | | |
| 62. | | | | | Sold | 01/02/20 | N | | |
| 63. IRA #1 (Brokerage 1) (H) | | | | | | | | | |
| 64. -Fidelity MSCI Energy Index ETF (FENY) | B | Int./Div. | K | T | Buy (add'l) | 11/21/19 | J | | |
| 65. -Fidelity MSCI Indl Index ETF (FIDU) | A | Int./Div. | | | Sold | 08/16/19 | K | | |
| 66. -Global X Fds MLP & Energy Infrastructure ETF (MLPX) | A | Int./Div. | K | T | Buy (add'l) | 11/21/19 | J | | |
| 67. -IShares Core S&P Total US Stock Market ETF (ITOT) | A | Int./Div. | K | T | Sold (part) | 12/05/19 | J | A | |
| 68. -IShares Core S&P 500 ETF (IVV) | B | Int./Div. | L | T | Sold (part) | 11/21/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/05/19 | J | A | |
| 70. -IShares Core S&P Midcap ETF (IJH) | B | Int./Div. | L | T | Sold (part) | 01/31/19 | J | | |
| 71. | | | | | Sold (part) | 11/21/19 | J | A | |
| 72. | | | | | Sold (part) | 12/05/19 | J | A | |
| 73. -IShares Tr Core MSCI Total (IXUS) | D | Int./Div. | M | T | Buy (add'l) | 11/21/19 | K | | |
| 74. | | | | | Sold (part) | 12/05/19 | J | | |
| 75. -Spdr Ser Tr S&P Regl Bkg ETF (KRE) | A | Int./Div. | K | T | | | | | |
| 76. -Spdr Ser Tr S&P Biotech ETF (XBI) | A | Int./Div. | | | Sold | 11/21/19 | K | C | |
| 77. -Vanguard World Fds Vanguard Information Tech ETF (VGT) | A | Int./Div. | K | T | Sold (part) | 11/21/19 | J | C | |
| 78. Vanguard World FDS Comm Srvc ETF (VOX) | A | Int./Div. | K | T | Buy | 01/31/19 | K | | |
| 79. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2019 HY (BSJJ) | B | Int./Div. | | | Buy (add'l) | 08/07/19 | J | | |
| 80. | | | | | Matured | 12/18/19 | K | | |
| 81. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2020 HY (BSJK) | B | Int./Div. | K | T | Buy (add'l) | 11/21/19 | J | | |
| 82. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2021 HY (BSJL) | B | Int./Div. | K | T | Buy (add'l) | 01/11/19 | J | | |
| 83. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 84. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2022 HY (BSJM) | B | Int./Div. | K | T | Buy (add'l) | 01/11/19 | J | | |
| 85. | | | | | Buy (add'l) | 11/21/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -IShares Tr JP Mor Em Mk ETF (EMB) | B | Int./Div. | K | T | Buy (add'l) | 01/11/19 | J | | |
| 87.  -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | C | Int./Div. | M | T | Buy (add'l) | 01/11/19 | J | | |
| 88. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 89. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 90. | | | | | Sold (part) | 12/05/19 | J | | |
| 91.  -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | B | Int./Div. | | | Buy (add'l) | 01/11/19 | J | | |
| 92. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 93. | | | | | Sold (part) | 12/05/19 | J | | |
| 94. | | | | | Matured | 12/19/19 | M | | |
| 95.  -IShares IBonds Dec 2023 Term Corporate ETF (IBDO) | C | Int./Div. | M | T | Buy | 01/08/19 | L | | |
| 96. | | | | | Buy (add'l) | 01/11/19 | J | | |
| 97. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 98. | | | | | Sold (part) | 12/05/19 | J | A | |
| 99.  -IShares Ibonds Dec 2022 Term Corporate ETF (IBDN) | C | Int./Div. | M | T | Buy (add'l) | 01/11/19 | J | | |
| 100. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 101. | | | | | Sold (part) | 12/05/19 | J | | |
| 102.  -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | C | Int./Div. | M | T | Buy (add'l) | 01/11/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 104. | | | | | Sold (part) | 12/05/19 | J | | |
| 105. -Select Sector Spdr Tr Rl Est Sel Sec (XLRE) | A | Int./Div. | K | T | | | | | |
| 106. -AT&T Inc (T) | B | Int./Div. | K | T | | | | | |
| 107. -Abbott Laboratories (ABT) | A | Int./Div. | K | T | Sold (part) | 12/05/19 | J | C | |
| 108. -Abbvie Inc Com (ABBV) | A | Int./Div. | K | T | | | | | |
| 109. -Alibaba Group Hldg Ltd Sponsored ADS (BABA) | | None | K | T | | | | | |
| 110. -Amazon.com Inc (AMZN) | | None | K | T | Sold (part) | 11/21/19 | J | B | |
| 111. -Apple Inc (AAPL) | A | Int./Div. | K | T | Sold (part) | 11/21/19 | J | D | |
| 112. -Blackrock Inc (BLK) | A | Int./Div. | K | T | | | | | |
| 113. -Dover Corp (DOV) | A | Int./Div. | K | T | | | | | |
| 114. -Honeywell International Inc (HON) | A | Int./Div. | K | T | | | | | |
| 115. -Intel Corp (INTC) | A | Int./Div. | K | T | Sold (part) | 11/21/19 | J | C | |
| 116. -JPMorgan Chase & Co (JPM) | A | Int./Div. | K | T | | | | | |
| 117. -Johnson & Johnson (JNJ) | A | Int./Div. | K | T | | | | | |
| 118. -Microsoft Corp (MSFT) | A | Int./Div. | K | T | Sold (part) | 11/21/19 | K | D | |
| 119. -Nextera Energy Inc (NEE) | A | Int./Div. | K | T | Sold (part) | 11/21/19 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Proctor & Gamble Co (PG) | A | Int./Div. | K | T | Sold (part) | 11/21/19 | J | C | |
| 121.  -Royal Dutch Shell PLC ADR B (RDSB) | B | Int./Div. | K | T | | | | | |
| 122.  -Smith A O Corp (AOS) | A | Int./Div. | J | T | | | | | |
| 123.  -Stryker Corp (SYK) | A | Int./Div. | K | T | | | | | |
| 124.  -US Bancorp New (USB) | A | Int./Div. | K | T | | | | | |
| 125.  -Visa Inc Com Cl A (V) | A | Int./Div. | K | T | Buy | 08/16/19 | K | | |
| 126.  -Wal-Mart Stores Inc (WMT) | A | Int./Div. | K | T | Sold (part) | 11/21/19 | J | B | |
| 127.  -Bristol-Myers Squibb Co (BMY) | | None | K | T | Buy | 11/21/19 | K | | |
| 128.  Retirement Savings Plan #2(H) | | | | | | | | | |
| 129.  -Dodge & Cox Balanced | A | Int./Div. | O | T | | | | | |
| 130.  -Fid Freedom Income K | A | Int./Div. | M | T | | | | | |
| 131.  American Funds 529 Plan One (H) | | | | | | | | | |
| 132.  -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 133.  -AMCAP Fund-529A | A | Dividend | J | T | | | | | |
| 134.  -American Balanced Fund-529A | A | Dividend | J | T | | | | | |
| 135.  -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 136.  -American Mutual Fund-529A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |
| 138. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 139. -EuroPacific Growth Fund-529A | A | Dividend | J | T | | | | | |
| 140. -Income Fund of America-529A | A | Dividend | J | T | | | | | |
| 141. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 142. -SMALLCAP World Fund-529A | A | Dividend | J | T | | | | | |
| 143. American Funds 529 Plan Two (H) | | | | | | | | | |
| 144. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 145. -AMCAP Fund-529A | A | Dividend | K | T | | | | | |
| 146. -American Balanced Fund-529A | A | Dividend | L | T | | | | | |
| 147. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 148. -American Mutual Fund-529A | A | Dividend | K | T | | | | | |
| 149. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |
| 150. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 151. -EuroPacific Growth Fund-529A | A | Dividend | K | T | | | | | |
| 152. -Income Fund of America-529A | A | Dividend | K | T | | | | | |
| 153. -New World Fund-529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -SMALLCAP World Fund-529A | A | Dividend | K | T | | | | | |
| 155. American Funds 529 Plan Three (H) | | | | | | | | | |
| 156. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 157. -AMCAP Fund-529A | A | Dividend | J | T | | | | | |
| 158. -American Balanced Fund-529A | A | Dividend | K | T | | | | | |
| 159. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 160. -American Mutual Fund-529A | A | Dividend | K | T | | | | | |
| 161. -Bond Fund of America-529A | A | Dividend | K | T | | | | | |
| 162. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 163. -Global Balanced Fund-529A | A | Dividend | J | T | | | | | |
| 164. -Income Fund of America-529A | A | Dividend | K | T | | | | | |
| 165. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 166. -SMALLCAP World Fund-529A | A | Dividend | J | T | | | | | |
| 167. American Funds 529 Plan Four (H) | | | | | | | | | |
| 168. -American Funds Money Market Fund-529A | A | Dividend | J | T | | | | | |
| 169. -AMCAP Fund-529A | A | Dividend | J | T | | | | | |
| 170. -American Balanced Fund-529A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -American High-Income Trust-529A | A | Dividend | J | T | | | | | |
| 172. -American Mutual Fund-529A | A | Dividend | J | T | | | | | |
| 173. -Bond Fund of America-529A | A | Dividend | J | T | | | | | |
| 174. -Capital World Bond Fund-529A | A | Dividend | J | T | | | | | |
| 175. -EuroPacific Growth Fund-529A | A | Dividend | J | T | | | | | |
| 176. -Income Fund of America-529A | A | Dividend | J | T | | | | | |
| 177. -New World Fund-529A | A | Dividend | J | T | | | | | |
| 178. -SMALLCAP World Fund-529A | A | Dividend | J | T | | | | | |
| 179. Trust #6 - Checking (PNC Bank) (H) | | | | Closed | | | | | |
| 180. Trust #3 - Checking (PNC Bank) (H) | A | Int./Div. | K | T | | | | | |
| 181. Checking (Bank of America) (H) | A | Int./Div. | K | T | | | | | |
| 182. IRA #2 (Brokerage 1) (H) | | | | | | | | | |
| 183. -Fidelity MSCI Energy Index ETF (FENY) | A | Int./Div. | J | T | | | | | |
| 184. -Fidelity MSCI Indl Index ETF (FIDU) | A | Int./Div. | | | Sold | 08/16/19 | J | | |
| 185. -Global X Fds MLP & Energy Infrastructure ETF (MLPX) | A | Int./Div. | J | T | | | | | |
| 186. -IShares Core S&P Total US Stock Market ETF (ITOT) | A | Int./Div. | K | T | Sold (part) | 11/21/19 | J | A | |
| 187. -IShares Core S&P 500 ETF (IVV) | B | Int./Div. | L | T | Sold (part) | 11/21/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 12/05/19 | J | A | |
| 189. -IShares Core S&P Midcap ETF (IJH) | A | Int./Div. | L | T | Sold (part) | 01/31/19 | J | | |
| 190. | | | | | Sold (part) | 11/21/19 | J | A | |
| 191. -IShares Tr Core MSCI Total (IXUS) | C | Int./Div. | M | T | | | | | |
| 192. -Spdr Ser Tr S&P Regl Bkg ETF (KRE) | A | Int./Div. | J | T | | | | | |
| 193. -Spdr Ser Tr S&P Biotech ETF (XBI) | A | Int./Div. | | | Sold | 11/21/19 | J | C | |
| 194. -Vanguard World Fds Vanguard Information Tech ETF (VGT) | A | Int./Div. | J | T | Sold (part) | 11/21/19 | J | C | |
| 195. -Vanguard World Fds Comm Srvc ETF (VOX) | A | Int./Div. | J | T | Buy | 01/31/19 | J | | |
| 196. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2019 HY (BSJJ) | B | Int./Div. | | | Buy (add'l) | 11/21/19 | J | | |
| 197. | | | | | Matured | 12/18/19 | L | | |
| 198. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2020 HY (BSJK) | B | Int./Div. | L | T | | | | | |
| 199. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2021 HY (BSJL) | C | Int./Div. | L | T | Buy (add'l) | 11/21/19 | J | | |
| 200. | | | | | Sold (part) | 12/05/19 | J | A | |
| 201. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2022 HY (BSJM) | C | Int./Div. | L | T | Buy (add'l) | 11/21/19 | J | | |
| 202. | | | | | Sold (part) | 12/05/19 | J | | |
| 203. -IShares Tr JP Mor Em Mk ETF (EMB) | B | Int./Div. | L | T | Buy (add'l) | 11/21/19 | J | | |
| 204. | | | | | Sold (part) | 12/05/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -IShares IBonds Dec 2020 Term Corporate ETF (IBDL) | C | Int./Div. | M | T | Buy (add'l) | 01/11/19 | K | | |
| 206. | | | | | Buy (add'l) | 07/11/19 | J | | |
| 207. | | | | | Buy (add'l) | 11/21/19 | K | | |
| 208. | | | | | Sold (part) | 12/05/19 | J | | |
| 209. -IShares IBonds Dec 2019 Term Corporate ETF (IBDK) | C | Int./Div. | | | Buy (add'l) | 01/11/19 | J | | |
| 210. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 211. | | | | | Sold (part) | 12/05/19 | J | | |
| 212. | | | | | Matured | 12/19/19 | M | | |
| 213. -Ishares IBonds Dec 2023 Term Corporate ETF (IBDO) | D | Int./Div. | M | T | Buy | 01/08/19 | M | | |
| 214. | | | | | Buy (add'l) | 01/11/19 | J | | |
| 215. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 216. | | | | | Sold (part) | 12/05/19 | J | A | |
| 217. -IShares IBonds Dec 2022 Term Corporate ETF (IBDN) | C | Int./Div. | M | T | Buy (add'l) | 01/11/19 | J | | |
| 218. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 219. | | | | | Sold (part) | 12/05/19 | J | A | |
| 220. -IShares IBonds Dec 2021 Term Corporate ETF (IBDM) | C | Int./Div. | M | T | Buy (add'l) | 01/11/19 | J | | |
| 221. | | | | | Buy (add'l) | 07/11/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 12/05/19 | J | A | |
| 223. -Select Sector Spdr Tr Rl Est Sel Sec (XLRE) | A | Int./Div. | J | T | | | | | |
| 224. -AT&T Inc (T) | A | Int./Div. | J | T | | | | | |
| 225. -Abbott Laboratories (ABT) | A | Int./Div. | J | T | | | | | |
| 226. -Abbvie Inc Com (ABBV) | A | Int./Div. | K | T | | | | | |
| 227. -Alibaba Group Hldg Ltd Sponsored ADS (BABA) | | None | J | T | | | | | |
| 228. -Amazon.com Inc (AMZN) | | None | J | T | | | | | |
| 229. -Apple Inc (AAPL) | A | Int./Div. | K | T | | | | | |
| 230. -Blackrock Inc (BLK) | A | Int./Div. | K | T | | | | | |
| 231. -Dover Corp (DOV) | A | Int./Div. | K | T | | | | | |
| 232. -Honeywell International Inc (HON) | A | Int./Div. | J | T | | | | | |
| 233. -Intel Corp (INTC) | A | Int./Div. | J | T | Sold (part) | 11/21/19 | J | C | |
| 234. -JPMorgan Chase & Co (JPM) | A | Int./Div. | J | T | | | | | |
| 235. -Johnson & Johnson (JNJ) | A | Int./Div. | J | T | | | | | |
| 236. -Microsoft Corp (MSFT) | A | Int./Div. | J | T | Sold (part) | 12/05/19 | J | C | |
| 237. -Nextera Energy Inc (NEE) | A | Int./Div. | K | T | | | | | |
| 238. -Proctor & Gamble Co (PG) | A | Int./Div. | J | T | Sold (part) | 11/21/19 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Royal Dutch Shell PLC ADR B (RDSB) | A | Int./Div. | J | T | | | | | |
| 240. -Smith A O Corp (AOS) | A | Int./Div. | J | T | | | | | |
| 241. -Stryker Corp (SYK) | A | Int./Div. | J | T | | | | | |
| 242. -US Bancorp New (USB) | A | Int./Div. | J | T | | | | | |
| 243. -Visa Inc Com Cl A Exec on Mult Exchg (V) | A | Int./Div. | J | T | Buy | 08/16/19 | J | | |
| 244. -Wal-Mart Stores Inc (WMT) | A | Int./Div. | J | T | Sold (part) | 11/21/19 | J | B | |
| 245. Trust #2 (Brokerage 1) (H) | | | | | | | | | |
| 246. -Fidelity MSCI Energy Index ETF (FENY) | A | Int./Div. | | | Sold | 12/02/19 | K | | |
| 247. -Fidelity MSCI Indl Index ETF (FIDU) | A | Int./Div. | | | Sold | 08/16/19 | K | | |
| 248. -Global X Fds MLP & Energy Infrastructure ETF (MLPX) | B | Int./Div. | K | T | Buy (add'l) | 12/02/19 | K | | |
| 249. -IShares Select Dividend ETF (DVY) | B | Int./Div. | K | T | | | | | |
| 250. -IShares Core S&P 500 ETF (IVV) | A | Int./Div. | K | T | Buy | 01/03/19 | K | | |
| 251. -IShares Russell Mid-Cap Value ETF (IWS) | A | Int./Div. | K | T | | | | | |
| 252. -IShares Russell Midcap Growth ETF (IWP) | A | Int./Div. | K | T | | | | | |
| 253. -IShares Core S&P Mid-Cap ETF (IJH) | A | Int./Div. | J | T | | | | | |
| 254. -IShares Tr EAFE Grwth ETF (EFG) | A | Int./Div. | K | T | | | | | |
| 255. -IShares Tr Core MSCI Total (IXUS) | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Spdr Ser Tr S&P Biotech ETF (XBI) | A | Int./Div. | K | T | | | | | |
| 257. -Spdr S&P Midcap 400 Trust Series N ETF (MDY) | B | Int./Div. | L | T | | | | | |
| 258. -Select Sector Spdr Tr Shs Ben Int Materials (XLB) | A | Int./Div. | | | Sold | 12/02/19 | J | C | |
| 259. -Sector Spdr Tr Shs Ben Int Utilities (XLU) | A | Int./Div. | K | T | | | | | |
| 260. -Vanguard FTSE Developed Markets ETF (VEA) | A | Int./Div. | | | Sold | 12/02/19 | K | C | |
| 261. -Vanguard World Fds Vanguard Information Tech ETF (VGT) | A | Int./Div. | L | T | | | | | |
| 262. -Vanguard World Fds Comm Srvc ETF (VOX) | A | Int./Div. | K | T | Buy | 01/31/19 | K | | |
| 263. -Vanguard Index Fds Vanguard Total Stk Mkt ETF (VTI) | A | Int./Div. | K | T | | | | | |
| 264. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2019 HY (BSJJ) | B | Int./Div. | | | Matured | 12/18/19 | L | | |
| 265. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2020 HY (BSJK) | C | Int./Div. | L | T | | | | | |
| 266. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2021 HY (BSJL) | C | Int./Div. | L | T | | | | | |
| 267. -Invesco Exch Trd Slf Idx Fd Tr Bulshs 2022 HY (BSJM) | C | Int./Div. | L | T | | | | | |
| 268. -IShares Tr JP Mor Em Mk ETF (EMB) | C | Int./Div. | L | T | | | | | |
| 269. -IShares Ibonds Sep 2019 Term Muni Bond ETF (IBMH) | B | Int./Div. | | | Buy (add'l) | 07/11/19 | J | | |
| 270. | | | | | Matured | 09/09/19 | N | | |
| 271. -IShares Ibonds Sep 2020 Term Muni bond ETF (IBMI) | C | Int./Div. | N | T | Buy (add'l) | 07/11/19 | J | | |
| 272. -IShares Tr Ibonds Dec 2023 (IBML) | C | Int./Div. | M | T | Buy (add'l) | 07/11/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -IShares Ibonds Dec 2022 Term Muni Bond ETF (IBMK) | C | Int./Div. | M | T | Buy (add'l) | 01/03/19 | J | | |
| 274. | | | | | Buy (add'l) | 07/11/19 | J | | |
| 275. -IShares Ibonds Dec 2021 Term Muni Bond ETF (IBMJ) | C | Int./Div. | N | T | Buy (add'l) | 07/11/19 | J | | |
| 276. -Select Sector Spdr Tr Rl Est Sel Sec (XLRE) | A | Int./Div. | K | T | Buy | 01/02/19 | K | | |
| 277. -Vanguard Real Estate ETF (VNQ) | | | | | Sold | 01/02/19 | K | | |
| 278. -AT&T Inc (T) | A | Int./Div. | K | T | | | | | |
| 279. -Abbott Laboratories (ABT) | A | Int./Div. | K | T | | | | | |
| 280. -Abbvie Inc Com (ABBV) | A | Int./Div. | K | T | | | | | |
| 281. -Alibaba Group Hldg LTD Sponsored ADS (BABA) | | None | K | T | | | | | |
| 282. -Amazon.Com Inc (AMZN) | | None | K | T | | | | | |
| 283. -Apple Inc (AAPL) | A | Int./Div. | L | T | | | | | |
| 284. -Blackrock Inc (BLK) | A | Int./Div. | K | T | | | | | |
| 285. -Comerica Inc (CMA) | B | Int./Div. | K | T | | | | | |
| 286. -Costco Wholesale Corp (COST) | A | Int./Div. | K | T | | | | | |
| 287. -Dover Corp (DOV) | A | Int./Div. | K | T | | | | | |
| 288. -Honeywell International Inc (HON) | A | Int./Div. | K | T | | | | | |
| 289. -Intel Corp (INTC) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -JPMorgan Chase & Co (JPM) | A | Int./Div. | K | T | | | | | |
| 291.  -Johnson & Johnson (JNJ) | A | Int./Div. | K | T | | | | | |
| 292.  -Microsoft Corp (MSFT) | A | Int./Div. | L | T | | | | | |
| 293.  -Nextera Energy Inc (NEE) | A | Int./Div. | K | T | | | | | |
| 294.  -Norfolk Southern Corp (NSC) | A | Int./Div. | J | T | Sold (part) | 01/03/19 | J | D | |
| 295.  -Pepsico Incorporated (PEP) | A | Int./Div. | K | T | | | | | |
| 296.  -Procter & Gamble Co (PG) | A | Int./Div. | K | T | | | | | |
| 297.  -Qualcomm Inc (QCOM) | | | | | Sold | 01/03/19 | K | C | |
| 298.  -Royal Dutch Shell PLC ADR B (RDSB) | B | Int./Div. | K | T | | | | | |
| 299.  -Smith A O Corp (AOS) | A | Int./Div. | K | T | | | | | |
| 300.  -Stryker Corp (SYK) | A | Int./Div. | K | T | | | | | |
| 301.  -Sysco Corporation (SYY) | A | Int./Div. | K | T | | | | | |
| 302.  -US Bancorp New (USB) | A | Int./Div. | K | T | | | | | |
| 303.  -Verizon Communications Com (VZ) | A | Int./Div. | K | T | | | | | |
| 304.  -Visa Inc Com Cl A Exec on Mult Exchg (V) | A | Int./Div. | K | T | Buy | 08/16/19 | K | | |
| 305.  -Wal-Mart Stores Inc (WMT) | A | Int./Div. | K | T | | | | | |
| 306.  -Fidelity MMKT Premium Class (FZDXX) | B | Int./Div. | M | T | Buy | 09/11/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Majzoub, Mona K. | 02/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Trust #1-2 (Fidelity) (H) | D | Interest | N | T | | | | | |
| 308. Trust #3 (Brokerage 1) (H) | A | Interest | | | Closed | | | | |
| 309. Trust #6-1 - Checking (PNC Bank) (H) | | | | | Closed | | | | |
| 310. Checking (Chase) (X) | A | Interest | K | T | | | | | |
| 311. Trust #3 - Checking #2 (PNC Bank) (X) | A | Interest | M | T | | | | | |
| 312. Trust #2 (Fidelity) (X) | B | Interest | M | T | | | | | |
| 313. Donor Advised Fund (Fidelity) (H) | | | | | | | | | |
| 314. -Balanced Pool | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 02/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII:
Line 179 - Trust #6 - Checking (PNC Bank)- All cash. Closed.
Line 180 - Trust #3 - Checking (PNC Bank) - All cash.
Line 181 - Checking (Bank of America) - All cash.
Line 307 - Trust #1-2 - (Fidelity) - All cash.
Line 308 - Trust #3 (Brokerage 1) - All cash. Closed.
Line 309 - Trust #6-1 - Checking (PNC Bank)- All cash. Closed.
Line 310 - Checking (Chase) - All cash.
Line 311 - Trust #3 - Checking #2 (PNC Bank) - All cash.
Line 312 - Trust #2 (Fidelity) - All cash.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mona K. Majzoub**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544